IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CR226

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RASHOD SENTELLE ROBINSON. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the following motions, which appear as pending on the court's docket: the government's Motion in Limine (#24); defendant's First Motion in Limine (#25); and defendant's Second Motion in Limine (#29). Each motion was specifically addressed during the course of the trial in open court and have been resolved. As a matter of housekeeping, this Order is entered to terminate the pendency of such motions.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion in Limine (#24), defendant's First Motion in Limine (#25), and defendant's Second Motion in Limine (#29) are **GRANTED** in part and otherwise **DENIED** as provided in open court during the trial of this matter.

Signed: July 8, 2011

Max O. Cogburn Jr.
United States District Judge